# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DEBRA G. WILLIAMS**                                    **PLAINTIFF**

v.                                    **No. 4:13-cv-198-DPM**

**HOWMEDICA OSTEONICS CORP.,**
**a New Jersey Corp., d/b/a Stryker**
**Orthopaedics**                                    **DEFENDANT**

## JUDGMENT

The Court notes Williams's pre-answer notice of voluntary dismissal,

№ 5. The stay is lifted; and the case is dismissed without prejudice.


D.P. Marshall Jr.
United States District Judge

20 June 2013