IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEBRA G. WILLIAMS                                   PLAINTIFF

v.                   No. 4:13-cv-198-DPM

HOWMEDICA OSTEONICS CORP.,
a New Jersey Corp., d/b/a Stryker
Orthopaedics                                     DEFENDANT

## JUDGMENT

The Court notes Williams's pre-answer notice of voluntary dismissal, № 5. The stay is lifted; and the case is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 June 2013